IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  　　　　　　　　　　　　　　　　　　　　CASE NO. 1:02-cr-00029-MP
　　　　　　　　　　　　　　　　　　　　　　　CASE NO. 1:06-cr-00041-MP

SHEILA GILLINS,

　　　Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 133, Motion to Continue Sentencing, filed by Defendant Sheila Gillins. In her motion, Defendant Gillins states that the sentencing of her co-defendant has been continued, and because both defendants share the same mitigation witnesses, Defendant Gillins requests that her sentencing be continued to coincide with the sentencing date of Defendant Reed. The Government does not object to the motion to continue. Therefore, after considering the matter, the Court grants Defendant Gillins' motion. Accordingly, Defendant Gillins' sentencing hearing is reset for Friday, February 8, 2008, at 9:00 a.m.

　　　**DONE AND ORDERED** this   *30th*  day of November, 2007

　　　　　　　　　　　　　　　　　*s/Maurice M. Paul*
　　　　　　　　　　　　　　　Maurice M. Paul, Senior District Judge